SEND
JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-7230 PA (AGRx) | Date | November 25, 2008 |
|---|---|---|---|
| Title | Larry Rigonan v. DHI Mortgage Co., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

On November 187 2008, the Court issued an order provisionally remanding this action to the Ventura County Superior Court as a result of procedural defects in the Notice of Removal. In its November 17, 2008 order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by November 24, 2008, if he waived the procedural defects in the Notice of Removal. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects. Accordingly, for the reasons stated in the November 17, 2008 order, this action is remanded to Ventura County Superior Court.

IT IS SO ORDERED.